Henry H. Jackson, Respondent, v. Ida Stern, Appellant, Impleaded with Sarah Meryash, Otherwise Known as Sarah Shapiro.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Guiseppe Lucchese, Appellant, v. Joseph Walker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Robert M. Silverman, Appellant, a Stockholder and Director of Silverman-Jones Construction Company, Respondent, for a Dissolution of the Said Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Martin L. Ungrich, Appellant, v. Henry Ungrich, Jr., and Martin Ungrich, Individually and as Executors of and Trustees under the Last Will and Testament of Henry Ungrich, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harriet K. Janusch, Appellant, v. Richard Dudensing, Jr., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anna C. M. Webster, Appellant, v. The Columbian National Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. (Laughlin, J., dissented.) No opinion.

The People of the State of New York, Respondent, v. George B. McClellan, Appellant, Impleaded with William R. Hearst.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amie Davis, Respondent, v. William P. Fogarty and Others, Appellants, Impleaded with Patrick Alexander Fogarty and Others.— Order modified so that it shall not appoint a receiver of any real property outside of this State, and as so modified affirmed, without costs. No opinion. Settle order on notice.

William S. Phippen, Respondent, v. Richard J. Dunphy, as Attorney in Fact, Representing All of the Underwriters at the New York and New England Underwriters at Lloyds of New York City, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amy N. Frank and Harry Mack, Respondents, v. William Carter and Others, Defendants. Frank H. Curry, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.